AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

MONIQUE A. GUTIERREZ

*Plaintiff(s)*

v.

QUICK FLIP CREDIT LLC

*Defendant(s)*

Civil Action No. 6:22-cv-02186-ACC-EJK

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Quick Flip Credit, LLC
c/o Registered Agent
Jeffrey Veloz
4 Cumberland Ct
Somerset, NJ 08873

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Franklin A. Jara
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Shanida Dixon

Date: December 12, 2022

_____
*Signature of Clerk or Deputy Clerk*

[SERVED]

# UNITED STATES DISTRICT COURT
## for the
### MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MONIQUE A. GUTIERREZ </br> *Plaintiff* </br> v. </br> QUICK FLIP CREDIT LLC </br> *Defendant* | ) </br> ) </br> ) Civil Action No. 6:22-cv-02186-ACC-EJK </br> ) </br> ) |

## AFFIDAVIT OF SERVICE

I, Jyll Jakes, being duly sworn, state:

I am 18 years or older and not a party to this action.

I received the following documents on December 14, 2022 at 1:26 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon on Quick Flip Credit, LLC in Somerset County, NJ on December 20, 2022 at 7:39 pm at 4 Cumberland Ct, Franklin Township, NJ 08873 by leaving the following documents with Linda Velos who as Wife of the Registered Agent is authorized by appointment or by law to receive service of process for Quick Flip Credit, LLC.

Summons
Complaint
Order on Discovery Motions

Additional Description:
LIMITED LIABILITY COMPANY SERVICE: The address for the Registered Agent/Manager/Member is a residence. I served and explained the contents to a co-resident of the Registered Agent/Manager/Member pursuant to F.S. 48.062 (4) and F.S. 48.031

There were dogs barking at the address and the lights were on. A woman named Linda Velos answered the door and I asked for Registered Agent Jeffrey Velos. Jeffrey then said to hand Linda the papers and Linda explained he was unavailable to come to the door. I handed Linda the papers and she accepted.

Hispanic or Latino Female, est. age 25, glasses: N, Black hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: http://maps.google.com/maps?q=40.5222051,-74.4982109
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING AFFIDAVIT OF

SERVICE, AND THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to Florida Statute 92.525.

Executed in Monmouth County,
on Jan 2, 2023.

*[signature: Sheila Eskridge]*

Signature
Jyll Jakes
(732) 693-8771
J Jakes, PO BOX 1216, Woodbridge, NJ 07095

SHEILA MAIRI ESKRIDGE
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2437787
My Commission Expires 8/23/2023